No. 943. CONWAY *v.* ALLEN, JUDGE, ET AL. May 16, 1938. On suggestion of a diminution of the record the motion for a writ of certiorari to the Supreme Court of the State of Washington is denied. The petition for rehearing is also denied. *Tom Conway, pro se.* No appearance for respondent.

No. 21, original. EX PARTE NATIONAL LABOR RELATIONS BOARD ET AL. May 16, 1938. Motion for leave to file petition for writs of prohibition and mandamus submitted by *Mr. Solicitor General Jackson* for the petitioners. The motion for leave to file the petition is granted and a rule is ordered to issue directed to the Honorable Joseph Buffington, the Honorable J. Warren Davis, the Honorable J. Whitaker Thompson, Circuit Judges of the Third Judicial Circuit, and the other judges and officers of the Circuit Court of Appeals for the Third Circuit, to show cause why the relief should not be granted as prayed. Said rule shall be returnable on Monday, May 23, at twelve o'clock, when the parties will be heard upon the question of the jurisdiction of the Circuit Court of Appeals to make the order complained of. *Solicitor General Jackson* and *Mr. Robert B. Watts* for petitioners. *Messrs. Luther Day, Thomas F. Patton, Joseph W. Henderson, Thomas F. Veach* and *Mortimor S. Gordon* for the Republic Steel Corporation.